No. 97–7786. IN RE MONGE VIVEROS. Petition for writ of mandamus denied.

No. 97–7384. IN RE DARDEN;
No. 97–7434. IN RE PEARSON; and
No. 97–7767. IN RE VAN HOORELBEKE. Petitions for writs of mandamus and/or prohibition denied.

No. 97–1147. MINNESOTA v. CARTER; and MINNESOTA v. JOHNS. Sup. Ct. Minn. Certiorari granted. Reported below: 569 N. W. 2d 169 (first judgment) and 180 (second judgment).

No. 97–1130. PFAFF v. WELLS ELECTRONICS, INC. C. A. Fed. Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 96–1872. SCOTT-HARRIS v. CITY OF FALL RIVER. C. A. 1st Cir. Certiorari denied.

No. 97–330. BVP MANAGEMENT ASSOCIATES v. FREDETTE. C. A. 11th Cir. Certiorari denied.

No. 97–746. GENERAL MOTORS CORP. v. GREAR ET AL.; and IN RE GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 97–834. POLLIN ET AL. v. PARALYZED VETERANS OF AMERICA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–897. UNITED STEELWORKERS OF AMERICA; AFL-CIO-CLC, ET AL. v. BANDAG, INC. C. A. 4th Cir. Certiorari denied.

No. 97–910. KIKER ET VIR v. MILLER, INDIVIDUALLY AND AS CIRCUIT JUDGE OF THE CIRCUIT COURT OF RUSSELL COUNTY. C. A. 11th Cir. Certiorari denied.

No. 97–917. LITTON INDUSTRIAL AUTOMATION SYSTEMS, INC. v. NATIONWIDE POWER CORP. ET AL. C. A. 11th Cir. Certiorari denied.